# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 14-520

LATOYA CASTILLE, INDIVIDUALLY

VERSUS

LOUISIANA MEDICAL MUTUAL INS. CO., ET AL.

**********

APPEAL FROM THE
THIRTY-FIRST JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON DAVIS, NO. 73813
HONORABLE CRAIG STEVE GUNNELL, DISTRICT JUDGE

**********

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, John D. Saunders, and Billy Howard Ezell, Judges.

**AFFIRMED AND REMANDED.**

Marc W. Judice
Judice & Adley
P. O. Drawer 51769
Lafayette, LA 70505-1769
Telephone:  (337) 235-2405
COUNSEL FOR:
　　Defendants/Appellees – G. Vincent Bailey, M.D. and Bailey & Elias
　　Obstetrical Care, L.L.C.

Charles Henry Munsterman
3600 Jackson Street
Dunbar Plaza – Suite 105
Alexandria, LA 71303
Telephone:  (318) 487-4972
COUNSEL FOR:
　　Plaintiff/Appellant – Latoya Castille, Individually

**Rene Joseph Pfefferle**
**Watson, Blanche, Wilson & Posner**
**P. O. Box 2995**
**Baton Rouge, LA 70821-2995**
**Telephone:  (225) 387-5511**
**COUNSEL FOR:**
>      **Defendants/Appellees – Louisiana Medical Mutual Ins. Co. and Jennings American Legion Hospital**

**Jordan Z. Taylor**
**Townsley Law Firm**
**3102 Enterprise Boulevard**
**Lake Charles, LA 70601**
**Telephone:  (337) 478-1400**
**COUNSEL FOR:**
>      **Plaintiff/Appellant – Latoya Castille, Individually**

**THIBODEAUX, Chief Judge.**

For the reasons discussed in the consolidated case of *Latoya Castille v. Louisiana Medical Mutual Insurance Company, et al.*, 14-519 (La.App. 3 Cir. __/__/14); ___ So.3d ___, the judgment of the trial court is affirmed and remanded. Costs of the appeal are assessed equally against appellant, Ms. Castille, and the defendants.

**AFFIRMED AND REMANDED.**